# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT L. EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCAN HEALTH SYSTEM<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C13-5909 RBL |

XX   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Jury DID FIND that Defendant discharged Plaintiff because of his age.

DAMAGES awarded to Plaintiff in the amount $385,000.00

The Jury DID FIND that the discrimination was willful.

Dated: March 9, 2015

                 William M. McCool
                 Clerk

                 Deputy Clerk